## ALEXANDER CAMPBELL *et al.*
### *v.*
## THE STATE OF ILLINOIS.

1. SCHOOL TAX — *what lands liable thereto.* Under the act of February 22, 1861, no tax can be levied, either for the erecting or repair of school-houses, or for the support of schools, *on lands distant more than three miles from the* location of the house or school, and a judgment against lands for non-payment of a tax levied in violation of that act, is erroneous.

2. JUDGMENT *against lands for non-payment of school tax—when it cannot be rendered.* A judgment cannot be rendered for taxes, a part of which are shown by the record to be illegal.

3. So where a tax is levied upon land for the support of three schools, and for the support of one of the schools the land is not liable to be taxed, unless the tax is so levied as to show to what portion the land is legally liable, an application for judgment against the land for its non-payment must be refused.

APPEAL from the Circuit Court of Livingston county; the Hon. CHARLES R. STARR, Judge, presiding.

This was an application to the County Court of Livingston county for judgment against certain lands for non-payment of school taxes. The proceeding was removed into the Circuit

Court by appeal, where judgment was rendered against the lands, from which some of the owners took this appeal.

The opinion of the court contains a sufficient statement of the case for an understanding of the questions decided.

Messrs. FLEMING, PILLSBURY & FOSDICK, for the appellants.

Messrs. BANGS & SHAW and Messrs. NEVILLE & CLARK, for the appellee.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court:

This was an application for judgment against certain lands for non-payment of school taxes. It was resisted by the appellants, and judgment having been rendered for the sale of the lands, the record has been brought to this court.

It appears that the township was divided into two school-districts, by a line running north and south through the center, and there are three school-houses in the district where the lands in question are situated. The lands are more than three miles from one of the houses. The taxes were levied for the support of the three schools.

This is a plain violation of the act of February 22, 1861, entitled an act to amend the school laws, page 187, of the session acts of that year. The sole object of that law seems to have been to prevent the imposition of such taxes as were levied in the present case. It directs expressly that no tax shall be levied, either for the erecting or repair of school-houses, or for the support of schools, on lands distant more than three miles from the location of the house or school. These lands are not liable for all the taxes levied upon them.

The judgment must be reversed, and unless the taxes are so levied as to show to what portion these lands are legally liable, the application for judgment must be refused. A judgment cannot be rendered for taxes, a part of which are shown by the record to be illegal. The judgment is reversed, and the cause remanded.

*Judgment reversed.*